IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Andrew Means<br>        Debtor(s)<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13<br>        Movant<br><br>v.<br><br>Andrew Means<br>and<br>Jack N. Zaharopoulos, Esquire<br>        Respondent | Chapter 13 Proceeding<br><br>5-22-01832 MJC |

## ORDER

Upon consideration of The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13's Motion for Relief from the Automatic Stay it is hereby ORDERED that the Automatic Stay be modified to permit, The Bank of New York Mellon, f/k/a The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 5406 Shelbrooke Drive, Stroudsburg, PA 18360-8995.

It is further ORDERED that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is FURTHER ORDERED the bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the non-Bankruptcy law.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 9, 2023