# Notice Recipients

District/Off: 0314–5    User: AutoDocketer    Date Created: 1/9/2023
Case: 5:22–bk–01832–MJC    Form ID: pdf010    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Mary F Kennedy    mary@javardianlaw.com
aty    Vincent Rubino    VRubino@newmanwilliams.com

TOTAL: 2