# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 7/14/2023 |
| Case: 5:22–bk–01832–MJC | Form ID: ordsmiss | Total: 15 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
tr      Jack N Zaharopoulos      info@pamd13trustee.com
aty      Mary F Kennedy      mary@javardianlaw.com
aty      Vincent Rubino      VRubino@newmanwilliams.com

                                                                                                                                           TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Andrew Means      5406 Shelbrooke Drive      Stroudsburg, PA 18360
cr      Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
5498347      Bank of America, N.A.      PO Box 673033      Dallas, TX 75267–3033
5497429      CARRINGTON MORTGAGE SERVICES      PO BOX 7015      PASADENA, CA 91109–7015
5498226      Capital One Auto Finance, a division of      AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
5497430      FIRST PREMIER      3820 N LOUISE AVENUE      SIOUX FALLS, SD 57107–0145
5497431      KML LAW GROUP      STE 5000–BNY INDEPEN CTR      701 MARKET STREET      PHILADELPHIA, PA 19106–1532
5497432      MIDLAND CREDIT MANAGEMENT      350 CAMINO DE LA REINA      SUITE 100      SAN DIEGO, CA 92108
5504527      NAVY FEDERAL CREDIT UNION      P O BOX 3000      MERRIFIELD, VA 22119
5500038      The Bank of New York Mellon, f/k/a The Bank of New      c/o Carrington Mortgage Services, LLC      1600 South Douglass Road      Anaheim, CA 92806
5506813      Verizon      by American InfoSource as agent      PO Box 4457      Houston, TX 77210–4457

                                                                                                       TOTAL: 11